# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

    VS                                                           CASE NO. 4:05cr41-RH

DESHAUN ANDRE BUNION

## REFERRAL AND ORDER

    The motion/pleading was filed by defendant on 04/20/2006 (document #26), and referred to Magistrate Judge William C. Sherrill on 04/21/2006.

    Summary of motion/pleading: MOTION FOR DETENTION HEARING

                                           WILLIAM M. MCCOOL, CLERK OF COURT

                                               s/ Angie Maxwell
                                               DEPUTY CLERK

## ORDER OF COURT

    Upon consideration of the foregoing, it is ORDERED this 21st day of April, 2006, the requested relief is **GRANTED.** The detention hearing will be held on Monday, April 24, 2006, beginning at 2:00 P.M. before the undersigned magistrate judge.

                                               S/ William C. Sherrill
                                               UNITED STATES MAGISTRATE JUDGE